AO 240 (Rev. 10/03)

**FILED**

DEC 2 6 2006

# UNITED STATES DISTRICT COURT

**District of    COLUMBIA**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Wayne Brunsilius*
Plaintiff

V.

*United States Dept of Energy, et al,*

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:    06 2202

I, ___Wayne C. Brunsilius___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___Sterling Correctional Facility, Sterling, Colorado___

   Are you employed at the institution? ___yes___    Do you receive any payment from the institution? ___yes___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   April 1991, 450.00 per week.  Brunsilius Construction Co. INc. 5405 W. MIss, Ave Lakewood, colorado 80226

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☒ Yes    ☐ No

**RECEIVED**

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. *See back side.*

DEC 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

Gifts from son to buy medicine that the state refuses to provide due to radiation and heavy metal posisoning suffered at the Rocky Flats Nuclear PLant. Current medical testing by medical, ran biopsy and testing for radiation damages, but refuse all medical care or treatment. Records available upon request.

The State of colorado has completed radioisotope testing, but refuse all reqests for records and treatment, even though two doctors at the time stated that I needed to be in intensive care. Total denial of all records and medical treatment, or response for testing results. or for medical care.

4. Do you have **any** cash or checking or savings accounts?    ☑ Yes        ☐ No

   If "Yes," state the total amount. $400.°°        These monies were from my burial fund.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

__December 7, 2006__          _Wayne Brunselius_                    _Wayne Brunselius_ UCC 1-207
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge            Date | United States Judge            Date |