**FILED**

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Wayne Brunsilius,            )
                             )
        Plaintiff,           )
                             )
    v.                       )    Civil Action No.  06 2202
                             )
United States Department of Energy, )
                             )
        Defendant.           )

ORDER

This case proceeds against the United States Department of Energy under the Freedom of Information Act, see 5 U.S.C. § 552, and the Privacy Act, see 5 U.S.C. § 552a. These Acts apply only to federal government agencies. See 5 U.S.C. §§ 552(f)(1), 552a(a)(1); *Beard v. Dep't of Justice*, 917 F.Supp. 62, 63 (D.D.C. 1996) (holding that District of Columbia government records are not covered by FOIA); *Dittman v. California*, 191 F.3d 1020, 1026 (9th Cir. 1999) (state agencies not covered by Privacy Act).

Accordingly, it is hereby

ORDERED that the State of Colorado is DISMISSED as a party defendant.

SO ORDERED.

Date: Dec 19, 2006

Gladys Kessler
United States District Judge