UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WAYNE BRUNSILIUS,**   #65458, Unit 31   12101 HWY 61   P.O. Box 6000   Sterling, CO 80751,   Plaintiff, | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 06-2202 (RJL) |
| **U.S. DEPARTMENT OF ENERGY**,   c/o United States Attorney's Office   Civil Division   555 4th Street, N.W.   Washington, D.C. 20530,   Defendant. | ) ) ) ) ) ) ) ) | |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

　/s Peter S. Smith
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **6**[th] day of **February**, 2007, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff **Wayne Brunsilius,** postage prepaid and addressed as follows:

**WAYNE BRUNSILIUS**
#65458, Unit 31
12101 HWY 61
P.O. Box 6000
Sterling, CO 80751

/s Peter Smith
_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372