UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WAYNE BRUNSILIUS,**              ) | |
|                                                           ) | |
|             Plaintiff,             ) | |
|       v.                           ) | Civil Action No. 06-2202 (RJL) |
|                                                           ) | |
| **U.S. DEPARTMENT OF ENERGY,** ) | |
|                                                           ) | |
|             Defendant.             ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**[1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant United States Department of Energy respectfully requests an enlargement of time to file its answer or dispositive motion in this case. Since pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[2] See Compl. caption. In this case, the Plaintiff raises various claims under the Freedom of Information Act, 5 U.S.C. § 552. Defendant requests an enlargement of its time to answer or otherwise respond to the Complaint in this case of thirty days, up to and including March 12, 2007. The grounds for this request are as follows:

   a.    The undersigned counsel recently was assigned this case, with the answer

---

[1] By way of this motion for an extension of time, the defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

currently due February 9, 2007. The undersigned counsel will need the requested time to familiarize himself with the case and to coordinate the government's response with the federal agency defendant.

b.  Prior to responding to the Complaint, the undersigned counsel will need to work with the Defendant in order to gather the factual information required to respond to the Complaint, including whether Plaintiff has exhausted all of his administrative remedies.

c.  In addition, Defendant anticipates filing a dispositive motion in lieu of an answer. The undersigned will need additional time to consult with agency counsel and to prepare and finalize such a motion.

d.  This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the motion Defendant anticipates filing, it would dispose of this case without the cost and time of further litigation.

For these reasons, Defendant respectfully requests that this Motion be granted. A proposed order is attached.

                                              Respectfully submitted,

                                                /s Jeffrey A. Taylor
                                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                                              United States Attorney

                                                /s Peter S. Smith
                                              PETER S. SMITH, D.C. Bar #465131
                                              Assistant United States Attorney, Civil Division
                                              555 Fourth Street, N.W.
                                              Washington, D.C.  20530
                                              (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **6th** day of **February** 2007, a true and correct copy of the foregoing Motion was served upon Pro Se Plaintiff **WAYNE BRUNSILIUS,** via First Class prepaid postage as follows:

**WAYNE BRUNSILIUS**
#65458, Unit 31
12101 HWY 61
P.O. Box 6000
Sterling, CO 80751

/s Peter Smith
_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WAYNE BRUNSILIUS,** | ) | |
| #65458, Unit 31 | ) | |
| 12101 HWY 61 | ) | |
| P.O. Box 6000 | ) | |
| Sterling, CO 80751, | ) | Civil Action No. 06-2202 (RJL) |
| Plaintiff, | ) | ECF |
| v. | ) | |
| | ) | |
| **U.S. DEPARTMENT OF ENERGY,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

UPON CONSIDERATION of the Defendant's motion for extension of time, it is

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall have up to and including March 12, 2007, to respond to

Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**WAYNE BRUNSILIUS
P.O. Box 6000
12101 HWY 61
Sterling, CO 80751**