UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WAYNE BRUNSILIUS,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U.S. DEPARTMENT OF ENERGY,** )<br>)<br>Defendant. ) | Civil Action No. 06-2202 (RJL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Assistant United States Attorney Peter Smith.

Respectfully submitted,

/s Sherease Louis
SHEREASE LOUIS (NY SL7322)
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

/s Peter S. Smith
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202-307-0372/FAX 202-514-8780
peter.smith@usdoj.gov