UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WAYNE BRUNSILIUS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-2202 (RJL) |
| | ) | |
| **U.S. DEPARTMENT OF ENERGY,** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF AMENDED CERTIFICATE OF SERVICE

I hereby certify that service of the March 6, 2007, Notice of Substitution of Counsel, Motion and Proposed Schedule for Enlargement of Time to Answer or Otherwise Respond to Complaint, and this Amended Certificate Of Service, was made by mailing copies thereof to:

**WAYNE BRUNSILIUS**
#65458, Unit 31
12101 HWY 61
P.O. Box 6000
Sterling, CO 80751

on this 7th day of March, 2007.[1]

/s Sherease Louis
SHEREASE LOUIS, N.Y.Bar #SL7322
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895

---

[1] Counsel learned this date that the copies of the reply that had been made of yesterday's filings were inadvertently not placed into the mail until the morning of March 7, 2007.