Clerks Office  
United States District Court  
For the District of Columbia  
Washington, D.C. 20001

February 13, 2007

**RECEIVED**

MAR 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Case Number - Civil Action 06-2202 RJL  
  Filing Fee payment and address correction

Clerk of the Court,

   In the above entilted case, please be informed that my address has changed to the following: Wayne C. Brunsilius, Reg. No. 65458, KCCF facility, P.O. Box 2000, Burlington, Colorado 80807

   Plese also find a money order for $50.00 dollars as partial payment for the filing fee so ordered on December 26, 2006 under 28 U.S.C. Section 1915(a) to cover the partial filing fee as stated for $19.19 dollars

Respectfully Submitted,

*[signature]*

Wayne C. Brunsilius, Reg. No. 65458, Unit AB 109  
Kitcarson Correctional Facility  
P.O. Box 2000  
Burlington, Colorado 80807