UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

|  |  |
|---|---|
| WAYNE BRUNSILIUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2202 (RJL) |
| | ) |
| U.S. DEPARTMENT OF ENERGY, | ) |
| | ) |
| Defendant. | ) |

ORDER

In accordance with the Memorandum Opinion issued this _22_ day of _Sept_ 2007, it is

ORDERED that defendant's motion to dismiss or, in the alternative, for summary judgment

[13] is GRANTED.  It is

FURTHER ORDERED that plaintiff's motion to conduct discovery [20] is DENIED.  It

is

FURTHER ORDERED that judgment is entered in favor of defendant.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

RICHARD J. LEON
United States District Judge

(N)