# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAYNE BRUNSILIUS
                    Plaintiff

vs.                              Civil Action No. 06-2202(RJL)


U.S. DEPARTMENT OF ENERGY, et al
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this    16th    day of  October                  , 20 07    , that

Wayne Brunsilius, Plaintifff, stated above, proceedin pro-se,

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the    26th       day of  September       , 20 07

in favor of Defendant for summary judgment because this plaintiff has not paid fee

against said  Wayne Brunsilius, stated above.


_____
                    Attorney or Pro Se Litigant


(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)


**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses
              indicated:

1) The U.S. Court of Appeals for the District of Columbia

2). Notice to all parties stated in complaint, as as required for this appeal
    and counsel for defendant, if required.