UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAYNE BRUNSILIUS,

        Plaintiff,

VS.                                              Civil Actions No. 06-2202(RJL)

U.S. DEPARTMENT OF ENERGY, et al.

        Defendant,

DESIGNATION OF RECORDS ON ERROR AFFIDAVIT FOR EXPEDITING

The undersigned is taking appeal on (Dismissal ) violating 28 U.S.C. Rule 1
The clerk in the lower court, Nancy Mayer-Whittington will prepare for the exer-
cise Appellate jurisdiction upon proper Judicial proceeding and Title 28 U.S.C.
1257(b) for United States Court of Appeals, a record of errors, which shall in-
clude pursuant to F.R.C.P. Rule 11, transmission of the records in compliance
with  provisions of Rule 10(b), and requested any other action necessary to en-
able the clerk  to assemble all, and the record per composition within the pro-
visions of Rule 10 for the entire original, paper, and exhibits, with entire
transcripts.

I ask that each deletion, be marked to indicate any exemption being claimed
to authorize each particular withholding on any file or document or note, or
in the trial courts, including but not limited to both, "Do not file" or "Loose
in file" and confidental or secret "Files" and Notes therein.

CERTIFICATION OF SERVICE AND AFFIRMATION DECLARATION

I Wayne Brunsilius have on this _19_ day of November 2007, placed this notice
of Appeal and Designation of records on error affidavit into the U.S. Mailing,
first class postage, prepaid for certified filing, to cleark, Nancy Mayer Whitting-
ton, United states District Court, for the District of Columbia, 333 Constitutional
Ave. Rm 1225,

Wayne Brunsilius, Reg. No 65458
P.O. Box 2000, Unit AB-118
Burlington, Colorado 80807