# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAYNE BRUNSILIUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 06-2202 (RJL) |
| | ) |
| U.S. DEPARTMENT OF ENERGY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Special Assistant United States Attorney Sherease Louis as counsel of record for Defendant in the above-captioned action.

Dated: November 28, 2007               Respectfully submitted,

        /s/ Christopher B. Harwood
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0375
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2007, I caused the foregoing Notice of Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

WAYNE BRUNSILIUS
Kitcarson Correctional Facility
Unit AB-109
P.O. Box 2000
Burlington, CO 80807

    /s/   Christopher B. Harwood
CHRISTOPHER B. HARWOOD