# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

DEC 17 2007

United States Court of Appeals
District of Columbia Circuit

Wayne Brunsilius

USCA No. NO. 07-5362

v.

Department of Energy,

USDC No. 06cv02202

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Wayne Brunsilius , declare that I am the

☒appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding.  In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor.  My affidavit or sworn statement is attached.  I believe I am entitled to relief.  The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court.  You may continue on the other side of this sheet if necessary.*)

That the federal courts decision was not considerate of the unreasonable fee's invoked, and thus violated the  appellants rights to secure records to prove his case to the federal government for damages substained while working at the Rocky Flats Nuclear Plant. All fee's should have been waved in the public interest.

That the deferal court did breach its duty to consider the named listing to re-lease this information, as demanded by the statute, and when the named sources were provided the federal court the sources were threatened and refused to com-

Signature: *Wayne Brunsilius*

Name of *Pro Se* Litigant (PRINT) Wayne Brunsilius

Address KCCC, Wayne Brunsilius, P.O. Box 2000, Burlington, Colorado 80807

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

municate, and I can provide proof of this fact. This plaintiff warned the federal court of threats of life of people who could testify or provide information, but could or would not come forth. This fact has violated the due process of law, and the demand for this plaintiff to seek protective custody and to seek the samefor witnesses.

This plaiutiff had other sources for release of this information but stated to the federal court of this threats.

ISSUES PRESENTED FROM MOTION

Note: Two watchdog groups were withheld to disseminate this informatiom—threats.

3).That this appeal is taken subject to abuse of discretion pursuant to October
2000, when the U.S. Congress granted a "Willing Prayer" or "Do Not Contest Order"
for (1) Radiological concerns, (2) Silicosis (3) Chronic Berylliium (4) Toxic
Substance exposures – mercury and heavy metals  (5) hearing loss, liver damage.
4) That his appeal is taken subject to rulings from the Tenth Federal District
Court, Judge John Kane, Showing that "Orders were given:
1) to keep secret medical research
2). radioative exposures
3). Known medical and Public health hazards
Without the information requested from the U.S. Department of Energy this plain
tiff can not prove or complete his claim as demanded by the government "Engery
Employee Occupational Illness Compensation ACt of October 28, 2004, wher the
preseident signed into law legislation that created a new program called Part "E".
of the Act, which will be administered by the U.S. Department of Labor, under
Title 42, Chpater 84, Department of Energy, Subsection XVI (the Act) Part A.

   5). That this appeal is taken because of the abuse of discretion of this
ruling which stated that this plaintiff failed to provide the $240,000.00 Thou-
sand dollards for search of records, when such records were known and part of
court and public records in preceeding cases in the Tenth federal District court.
That the excessive fee's for this search were imposed to discourage this plaintiff's
reqwuest for records, and would violate any fair and reasonable fee's in consider-
ation that this plaintiff has been illegally imprisoned since May 1991, by the
illegal arrest and incarceration, and kidnapping and be held hostage to prevent
this plaintiff's testimony in federal court or before the federal grand jury in
1989 to 1992. This abuse of discretion also violated any "Good Faith" of the govern-
ment by such excessive fee's. This ruling was an abuse of public interest.

   6) That this ruling is taken because it abused the Securities Act of 1933 and
Secutities Act of 1934 were passed to insure full and fair disclosure of all mater-
ial inofrmation in the market place; 15 U.S.C. Section 78(b) (2000). That this
excessive fee's imposed by the U.S.  Department of Energy was implemented as a
"Deceptive Device" when other have taken advantagke of this information as stated
above.  Thus this ruling was an abuse of discretion to comply wiht existing rulings
and statutes so stated. Their excessive fee's provide proof of abuse of public good
 faith to release to the public the truth.

## Affidavit Accompanying Motion for Leave
## to Proceed  on Appeal in Forma Pauperis

### United States Court of Appeals for the
### District of Columbia Circuit


Wayne Brunsilius

                                        Case No.  07--5362

              v.


Department of Energy,


. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury
that, because of my poverty, I cannot prepay
the docket fees of my appeal or post a bond
for them.  I believe I am entitled to redress.
I swear or affirm under penalty of perjury
under United States laws that my answers on
this form are true and correct. (28 U.S.C. §
1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application
and then sign it.   Do not leave any blanks: if
the answer to a question is "0," "none," or
"not applicable (N/A)," write in that
response. If you need more space to answer
a question or to explain your answer, attach
a separate sheet of paper identified with your
name, your case's docket number, and the
question number.


**Signed:** *Wayne J Brunsilius*          **Date:** *December 10, 2007*


**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 13.00 | $ NA | $ 13.00 | $ NA |
| Self-employment | $ NA | $ NA | $ NA | $ NA |
| Income from real property (such as rental income) | $ 0.00 | $ NA | $ NA | $ NA |
| Interest and dividends | $ 0.00 | $ NA | $ NA | $ NA |
| Gifts | $ 50.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ 0.00 | $ 0.00 | $ NA |
| Disability (such as social security, insurance payments) | $ NA | $ NA | $ NA | $ NA |
| Unemployment payments | $ NA | $ NA | $ NA | $ NA |
| Public-assistance (such as welfare) | $ NA | $ NA | $ NA | $ NA |
| Other (specify): _____ | $ 0.00 | $ NA | $ 0.00 | $ NA |
| Total monthly income: | $ 13.00 | $ 0.00 | $ 13.00 | $ NA |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Colorado Department of Corrections | | May 1991 to Dec. 2007 | 13.00 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ none

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)        Other real estate (Value)        Motor vehicle # 1 __None__ (Value)
__None__                                             Make & year: _____
                                                     Model: _____
                                                     Registration #. _____

Motor vehicle #2 __None__ (Value)        Other Assets (Value)        Other Assets (Value)
Make & year _____
Model _____
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | None | None |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Lorena Brunsilius | Mother | 92 |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | **You** | **Spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ NA | $ NA |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0.00 | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ NA | $ NA |
| Food | $ NA | $ NA |
| Clothing | $ NA | $ NA |
| Laundry and dry-cleaning | $ NA | $ NA |
| Medical and dental expenses | $ 80.00 | $ NA |
| Transportation (not including motor vehicle payments) | $ NA | $ NA |
| Recreation, entertainment, newspapers, magazines, etc. | $ NA | $ NA |
| Insurance (not deducted from wages or included in mortgage payments) | $ NA | $ NA |
| Homeowner's or renter's | $ NA | $ NA |
| Life | $ NA | $ NA |
| Health | $ NA | $ NA |
| Motor Vehicle | $ NA | $ NA |
| Other: _____ | $ NA | $ NA |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ NA | $ NA |
| Installment payments | $ NA | $ NA |
| Motor Vehicle | $ NA | $ NA |
| Credit card (name): _____ | $ NA | $ NA |
| Department store (name): _____ | $ NA | |
| Other: _____ | $ NA | $ NA |
| Alimony, maintenance, and support paid to others | $ NA | $ NA |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ NA | $ NA |
| Other (specify): _____ | $ NA | $ NA |
| Total monthly expenses: | $ 80.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    I have been required to provide my own medical
for hypocalcemia and heavy metal poisoning because the state refuses to provide treatment
[ ] Yes   [x] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?
  If the need arises and I can find such an attorney
[x] Yes   [ ] No

If yes, how much? $ open

If yes, state the attorney's name, address, and telephone number:
  Unknown at this time

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?   The cost of supplies for my own typewritter

[ ] Yes   [x] No

If yes, how much? $ 25.00

If yes, state the person's name, address, and telephone number:
  Wayne Brunsilius, as stated

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
  I only get paid 13.20 per month some months and 12.00 other months for the last
16.5 years. I have had to pay my own cost of medicine that I was directed to buy
of of canteen by the doctors

13. State the address of your legal residence.
  P.O. Box 2000
  Burlington, Colorado 80807
  Wayne Brunsioius, Reg. No 65458

Your daytime phone number: (____) None
Your age: 66     Your years of schooling: 15
Your social-security number: 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

AFFIDAVIT IN SUPPORT OF PLAINTIFF'S HEALTH

DEC 17 2007

COLORADO STATE            )
United States District Court )SS.
District of Kit Carson)

    I, Wayne Brunsilius, herein"Affiant", being duly sworn, deposed, say and by my signature that the following facts are true, correct, and complete to the best of my knowledge and belief.
    That the affiant is complete  to state the matter included in this declar-ation, and has knowledge of the facts, and declares that to the best of his knowledge, the statement made in this affidavit are true, correct, and not meant to mislead.
    That this affiant has been forced to fend and care for his own medical needs to include damages from hypocalcemia, an insidious metabolic bone diseasee caused from mercury and radiation poisoning, and kidney, and infections resulting from the same, since May 29, 1991. Where the State of Colorado has denied, deprived, and concealed testing results  for urination, and radioisotope testing completed on January 8, 1997 at the Colorado University  Hospital and testing completed by the Colorado Department of Corrections in 1993, which showed heavy amount of mercury in the urine, but concealed the test result, and all medical treatment, to inflict health damages to  impose death by their actions.
    Health records will confirm that this affiant was admitted in ICU in 1999 at the Kit Carson Correctioal Facility, and was almost dead from their refusal to provide medical care or treatmet for conditions that were openly known in the court records at the Jefferson County District court, State of Colorado, Case No. 90 CR1281. The Case so stated,  where a Motion to Supplement materials regard-ing post conviction informed the State and court of severe damages resulting from work completed at the Rocky Flats Nuclear Plant, when this affaint worked there. This motion was filed June 7, 1993.  See attached court records and medical records.
    The State of Colorado, by testing completed on July 28, 1993. Labortory No. 478542, Collection No. 01100063537, testing completed by the Colorado Department of Health, Division of Labortories, confirmed these medical conditions.

    "Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S.Ct. March 22, 1982.

                                                    _Wayne Brunsilius_
                                           Wayne Brunsilius
                                       As per 28 U.S.C. Section 1746

    Subscribed to and Sworn before me this _13_ day of December, A.D. 2007, a Notary, that _Wayne Brunsilius_, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledges to be the same.

_____ (Seal)
Notary Public

My Commission Expires: _1/30/2010_

COUNTY  KIT CARSON
STATE  COLORADO

ROBERT E. SPARKS JR
Notary Public
State of Colorado
My Commission Expires _1/30/2010_

CErtified  copy

DC Form 78 (82) / Old No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
| United District of C | Brunsilius, Wayne | 65458 | CTU |

SUBJECTIVE: 7/2/92. 2100 States that he
was having palpitations of ??? his
heartbeat today around noon.
Denies problems at this time.
To see PA in AM.

DATE:
TIME:
PROBLEM 1 2 _____
PLAN / ORDERS

OBJECTIVE: Temp. ____ Pulse ____ Resp. ____ B/P ____/____

SIGNATURE:
NURSE: _____
P.E.: _____
PHYSICIAN: _____
Rx NO.

ASSESSMENT:

---

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
| | Brunsilius Wayne | 65458 | CTU |

SUBJECTIVE:
New Arrival from DRDC this
Date.
Currently on M-3 status — No ???

DATE: 6/26/91
TIME: 2000
PROBLEM 1 2 _____
PLAN / ORDERS
(1) NTG 1/150 T S.L. prn
chest pain — may KOP

OBJECTIVE: Temp. ____ Pulse ____ Resp. ____ B/P ____/____

Hx of Heavy Metal tox by Hx
Causing skin, bone, kidney disease
? Angina. Medical records requested
now IN chart. ON NTG prn +
Lidex Cr. Check to PA for new
Orders.

SIGNATURE:
NURSE: Manning ??? RN
P.E.: R. Harfield PAC
PHYSICIAN: 7/3/91
Rx NO. Cancelled per order

ASSESSMENT:
6-26-91  To CTU. NTG ??? him. ???
6-25-91  To CTU - Has Nitroglycerin ???

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

STA_ _F COLORADO—DEPARTMENT OF COR__ __IONS

## MEDICAL HISTORY

Page 1

| INMATE NO. | NAME | Interview/Hx Date | FACILITY |
|---|---|---|---|
| 65458 | Bransilius, Wayne | 6/10/91 | DRDC |

| BIRTH DATE | BIRTH PLACE | SEX | RACE | EYE COLOR | HAIR COLOR | MARITAL/RELIGION STATUS |
|---|---|---|---|---|---|---|
| 5-24-41. | Ks. | M (X) F ( ) | BLACK ( ) HISPANIC ( ) WHITE (X) OTHER ( ) | Br | Grey | M ( ) D (X) S ( ) W ( ) |

### FAMILY HISTORY

| | | AGE (S) | HEALTH STATUS - CAUSE OF DEATH / SIGNIFICANT HEREDITARY DISEASES |
|---|---|---|---|
| FATHER | ALIVE ( ) DEAD (X) | 72 | Prostate ca |
| MOTHER | ALIVE (X) DEAD ( ) | 72 | Kidney disease — nephrotic kidney |
| SIBLINGS TOTAL NO. 2 | No. Living No. Dead | 52, 45 | Both have heart problems, younger thyroid problems |

### PAST HISTORY

ILLNESSES, INJURIES, SURGERY, HOSPITALIZATIONS, MENTAL ILLNESS - DATES & DETAILS BELOW:

| | YES | NO | DATE | | YES | NO | DATE | WOMEN: | YES | NO | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPILEPSY | ( ) | (X) | | GONORRHEA | ( ) | ( ) | | MENARCHE | ( ) | ( ) | |
| DIABETES | ( ) | (X) | | SYPHILLIS | ( ) | ( ) | | MENOPAUSE | ( ) | ( ) | |
| HYPERTENSION | ( ) | (X) | | ORTHOPEDIC | ( ) | ( ) | | PREGNANCIES | | | |
| TUBERCULOSIS | ( ) | (X) | | TRAUMA | ( ) | ( ) | | ABORT; MISC. | | | ABORT |
| HEPATITIS | ( ) | (X) | | SURGERY | ( ) | (X) | | LIV. CHILD. | | | |
| MENTAL | ( ) | (X) | | | | | | | | | |
| ASTHMA | ( ) | (X) | | | | | | | | | |

### IMMUNIZATIONS

| | YES | NO | DATE |
|---|---|---|---|
| POLIO | ( ) | ( ) | |
| TETANUS | ( ) | ( ) | recent call |
| DIPHTHERIA | ( ) | ( ) | |
| OTHER (LIST) | | | |

### ALLERGIES

| | YES | NO |
|---|---|---|
| PENICILLIN | (X) | ( ) |
| OTHER (LIST) | ( ) | ( ) |

1.
2. Most
3.
4.
5. abx's.

### DRUGS AND NARCOTICS PRIOR TO ADMISSION

| | YES | NO | NEVER | DATE STOPPED | AMOUNT PER DAY |
|---|---|---|---|---|---|
| TOBACCO | (X) | ( ) | ( ) | | |
| ALCOHOL | ( ) | ( ) | (X) | | |
| OTHER DRUGS (LIST) | ( ) | (X) | ( ) | | |

| SERVICE IN ARMED FORCES | | | | TINE TEST | DATE 6-11-91 |
|---|---|---|---|---|---|
| BRANCH | | YES__ NO__ | | | |
| TYPE OF DISCHARGE _____ | DATES _____ | TO _____ | | RESULTS: POS.___ | NEG. X FOLLOW-UP _____ |

### MEDICAL PROBLEMS

~~Medic~~ Mercury, lead, cadmium poisoning — Since 1973 - chronic problems with kidney + heart, several infections such as fungus. currently osteoporosis + scoliosis

### CURRENT MEDICATIONS OR TREATMENTS

LIST DRUGS AND DOSAGES

On calcium + magnesium, B complex Peniton q Vit C -

| PREVIOUS NO. _____ | RELEASE _____ DISCHARGE _____ | NEAREST RELATIVE (RELATIONSHIP, NAME, ADDRESS) |
|---|---|---|
| LAST COLO FACILITY _____ | | Lorena Bransilius — mother |
| OTHER HEALTH RECORDS ( NAME, ADDRESS) | | 7779 West 4th Ave Lakewood Co 80226. |

26-41 Rev. 2-80

SIGNATURE _Vhna Bu_____ DATE 6-11-91.

WHITE — Inmate Health File / YELLOW — Health Services / PINK — Data Co__ __tion

*Exhibit #7*

Kit Carson Correctional Center
HEALTH CARE SERVICES
MEDCIAL ALERTS

Inmate Name: *Brunsillus*
Inmate Number: *65450*

# MEDICAL ALERTS
### PLACE IN FRONT OF CHART

# CAUTION

**This Patient Is Known To Have The Following Medical Conditions**

1 Osteoporosis 2° to mercury poisoning
2 Chronic Candidial infection
3
4
5
6
7
8
9
10

# WARNING

**This Patient Is Known To Have The Following Sensitivities**

1 ALLERGIC TO: Smoke.
2
3
4
5
6
7
8
9
10

MEDALERT.XLS

Kit Carson Correctional Center
HEALTH CARE SERVICES

### CLINIC NOTES

Inmate Name: Brunsilius Wayne
Inmate Number: 65458

| DATE | TIME | PROB # | NOTES |
|------|------|--------|-------|
| 2/21/88 | 1600 | | c/o esophageal candidies 2° to radiation + pesticide poisoning |
| | | | throat injury pain |
| | | | A. TMs clear, pharynx red p exudate. eyes perla |
| | | | ambulates c limp. Vitals norm. T 98° P 84 R 20 |
| | | | A. ① Candidias |
| | | | ② Osteoporosis 2° to mercury poisoning - |
| | | | P. Diflucan 200 i q d x 4 wks |
| | | | Ibuprofen 800 mg QID PRN |
| | | | Calcium 1500mg c Vit D 400u. JMagin, PAC |

**EMERGENCY ROOM**

**KIT CARSON COUNTY MEMORIAL HOSPITAL**
286 16TH ST.
BURLINGTON, COLORADO 80807

**OUT PATIENT RECORD**

| LAST NAME | FIRST NAME | MIDDLE INITIAL | HOME PHONE | ADMISSION DATE | TIME | A M / P M | HOSPITAL NUMBER |
|---|---|---|---|---|---|---|---|

Cornelius, Wayne    Doc # 65458

| ADDRESS | CITY | STATE | ZIP | AGE | DATE OF BIRTH | SEX | CIVIL STATUS | SOCIAL SECURITY NO |
|---|---|---|---|---|---|---|---|---|

CCC   Burlington  CO    58  5/24/4?  M   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

| EMPLOYER | IF A MINOR—PARENTS EMPLOYER | ADDRESS | WORKERS COMP YES ☐ NO ☐ |

| RELATIVE OR FRIEND | RELATIONSHIP | ADDRESS | PHONE |

| GUARANTOR | GUARANTOR ADDRESS | GUARANTOR EMPLOYER |

| INSURANCE | SUBSCRIBER NAME | SUBSCRIBER NUMBER | GROUP NUMBER |

| DOCTOR | DOCTOR NOTIFICATION TIME | DOCTOR ARRIVAL TIME | HOW PT ARRIVED | RELIGION |

McKinley

**NURSING ASSESSMENT**

Exhibit 40

RN SIGNATURE

| CURRENT MEDICATION | ALLERGIES | | | |
| LAST TET TOX | TIME | BP ___ | P ___ | R ___ | TEMP |
| LNMP | | BP ___ | P ___ | R ___ |
| SIGNATURE & TITLE E R PERSONNEL | | BP ___ | P ___ | R ___ |

**PHYSICAL EXAMINATION**

**LABORATORY AND X-RAY**   Wound Cultures

**DIAGNOSIS**   Wound Infection Lt hand

**TREATMENT**

**PHYSICIAN'S COPY**

| CONDITION ON DISCHARGE GOOD ☐ SATISFACTORY ☐ SERIOUS ☐ CRITICAL ☐ EXPIRED ☐ | INSTRUCTION SHEET GIVEN ☐ TRANSFERRED TO | VIA |
| TIME OF DISCHARGE | TREATED & DISCHARGED ☐ ADMITTED ☐ ROOM/BED |

**INSTRUCTIONS TO PATIENT**

| PATIENT OR AUTHORIZED SIGNATURE | DATE 1/7/90 | TIME M | ATTENDING PHYSICIAN |

Exhibit #2

**EMSA** *CORRECTIONAL CARE*

SAM Revoked
12/18/97

PROBLEM LIST

INMATE NAME: Krunsilius, Wayne

I.D. NUMBER: 1702C

D.O.B.: 05-24-41

ALLERGIES: Smoke / PCN

| Date Identified | Problem No. | Chronic (Long Term) Problems | Date Resolved |
|---|---|---|---|
| | ① | ↓ hearing | |
| 4-22-98 | 2 | hx radiation poisoning | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Temporary (Usually Self-Limiting) Problems

| Prob. No. | Problem | Date of Each Occurence | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Scoliosis | | | | | | | |
| | Osteoporosis | | | | | | | |
| ① | Hx Angina; + Afrib? fib | | | | | | | |
| | Otitis media bilat | 3/24/98 | 3/34/8 | 4/3/98 | 4/11/98 | | | |
| ② | Fungus | 6/8/98 | | | | | | |
| ③ | bilat ear pain | 3/13/98 | | | | | | |
| ④ | neck grinding | 8/13/98 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**UNIVERSITY HOSPITAL**
4200 E. 9th Ave. • Denver, CO 80262
**UNIVERSITY PHYSICIANS, INC.**
**ADMISSION AGREEMENT**

Exhibit 80

```
M  1337994              A  0108563731
BRO GILLIUS, WAYNE C
05/24/91              M              H
LEAR, JAMES L
        17          C010897
```

**1. PATIENT STATUS:** ____ Inpatient __X__ Outpatient

**2. CONSENT FOR TREATMENT.** I now voluntarily consent to inpatient and/or outpatient care and treatment performed by my physician and all other health care providers at University Hospital. I also consent to routine hospital services, diagnostic procedures, medical treatment and other services and hospital care as is deemed necessary by the health care providers treating me.

I understand that the practice of medicine and surgery is not an exact science and that diagnosis and treatment may cause injury or even death. I acknowledge that no guarantees have been made to me as to the result of examination or treatment in University Hospital. I understand that I have a right to consent or to refuse to consent to any proposed surgery, procedure or treatment, and to discuss it with my physician, dentist or podiatrist.

If I am admitted as an outpatient or if outpatient care is rendered following an inpatient admission, this consent for treatment is valid for all outpatient care provided for at least one (1) year from the date I sign this agreement. I understand that I can revoke this consent for treatment at any time in writing to the Medical Records Department of University Hospital.

**3. PAYMENT AGREEMENT.** Whether I sign as the patient or as the parent, guardian, conservator or agent of the patient, I now assume full responsibility for and agree to pay all costs, charges and expenses of University Hospital and University Physicians, Inc. (referred to as UPI) of every kind and description for services, facilities, food, medication and any other thing supplied or furnished to the patient by University Hospital or the person treating the patient.

Each bill for all University Hospital or UPI charges shall be due and payable by the patient, parent, his/her agent, guardian, conservator or third party responsible for payment on the date stated on the bill.

I now agree to pay all costs and fees, including attorney fees, in the event University Hospital or UPI brings any action because of any failure by me or someone on my behalf to pay University Hospital or UPI bills in full.

**4. ASSIGNMENTS OF BENEFITS.** I now authorize and request any and all third parties responsible for any portion of University Hospital's or UPI's bills to the patient to make payment directly to University Hospital and UPI. I understand that I am financially responsible to University Hospital and UPI for charges not paid for by insurance or any other third party payor, unless otherwise prohibited by state or federal regulations. I also understand and agree that University Hospital and UPI are not required to bill any insurance (except Medicare) or third party payor on my behalf and that I am responsible for full payment of University Hospital and UPI bills if University Hospital or UPI is unable for any reason to promptly collect payment from insurance or any third party payor.

**5. PREAUTHORIZATION REQUIREMENTS.** I understand that it is my responsibility to obtain all preauthorizations and to comply with all requiremen of any insurance or medical/hospital coverage plan which I am relying on for coverage of University Hospital or UPI charges.

**6. AUTHORIZATION FOR RELEASE OF INFORMATION.** I authorize University Hospital and UPI to release confidential medical/surgical inform tained in my medical record to any financial sponsor or insurance company of the patient's as may be required for payment to be made on the account for the service rendered. This authorization includes the release of an Acquired Immunodeficiency Syndrome (AIDS) diagnosis or a positive Immunodeficiency Virus (HIV) antibody test result, alcohol and/or drug abuse information and mental health information.

I understand this authorization for release of information can be revoked by me in writing at anytime except to the extent that University Hospital or has already acted in reliance on it. If not revoked in writing, this consent will terminate one (1) year after signature.

**7. MEDICARE AND MEDICAID.** I certify that the information given by me in applying for payment under the Medicare and/or the Medicaid progra correct. I authorize any holder of medical or other information about me to release to the Social Security Administration, the Department of Health Human Services, the Colorado Department of Social Services and their intermediaries, carriers or agents any information needed for this or a rela Medicare or Medicaid claim. I request that payment of authorized benefits be made on my behalf.

**8. WAIVER OF RESPONSIBILITY FOR DISCHARGE.** In the event I should leave University Hospital or be discharged from the Hospital at my requ or demand, and against the advice or without the consent of the attending physician, dentist or podiatrist, I now release the attending physician, den or podiatrists, University Hospital and UPI and their employees, agents and assigns, from any and all responsibility from any ill effects, sickness, disabilit infirmity, damages and claims that may result from such discharge and now give up any damages and claims.

**9. WAIVER OF RESPONSIBILITY FOR PERSONAL VALUABLES.** I acknowledge that I have been instructed to send home personal belongings, valu ables and currency, including credit cards. I also acknowledge that I have been informed that University Hospital has a safe for small-sized valuable such as jewelry and money, and that it is my responsibility to request use of the safe. I now assume full responsibility for any damage or loss of valuable and I now release and discharge University Hospital and its employees, agents and assigns from all responsibility for my valuables. I also acknowledg that University Hospital is not responsible for false teeth plates, eyeglasses and other items which I keep in my possession while in University Hospital

**I HAVE READ THIS FORM, I UNDERSTAND WHAT IT SAYS, IT HAS BEEN FULLY EXPLAINED TO ME, AND ALL OF MY QUESTIONS HAVE BEE ANSWERED. BY SIGNING THIS FORM I UNDERSTAND AND AGREE TO WHAT IT SAYS.**

X _Wayne Bumstead_

PATIENT (Parent/Guardian If Patient Is A Minor Or Mentally Incompetent)

WITNESS

X
Date _1/8/97_

Address

WAYNE BRUNSILIUS                    #65458                           FCF

**DERMATOLOGY CLINIC (4-13-96):** The patient has an eczematoid plaque without elevated borders and with some scaling, but with much secondary excoriation on the left pretibial leg. He states that he has had this for five years, and it has come and gone. He tells me that it is a fungus. He saw an environmental medicine doctor previously who said he needed it biopsied. He is being evaluated for radioisotope exposure at Rocky Flats.

**IMPRESSION:** Clinical impression is pretibial eczema.

**RECOMMENDATION:** He is started on Temovate ointment bid. I told him it probably would need im and/or po steroids to clear; however, he said he did not want steroids as a doctor had once told him it would damage his kidneys. He is to return next clinic.

James McCoy, M.D.
Dermatology Consultant

Dict:   4-13-96
Recd:   4-17-96
Typd:   4-17-96/msb

DC Form 78 (2/93) / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.

NAME

OFFENDER NO.

LIVING UNIT

SUBJECTIVE:

DATE

TIME

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE:    Temp. _____    Pulse _____    Resp. _____    B/P ____ / ____

SIGNATURE:
NURSE: _____

ASSESSMENT:

P.E.: _____

PHYSICIAN: _____
Rx NO.

---

PRICARE CODE NO.

NAME
Brunsilius Wayne

OFFENDER NO.
65458

LIVING UNIT
SCF - 36

SUBJECTIVE:

DATE
1-18-01

TIME
2:25

PROBLEM  1  2
PLAN / ORDERS

W1 189
OBJECTIVE:    Temp. 98    Pulse 80    Resp. 18    B/P 130/86

59 y/o Cauc. male - wants M3
changed to M2

① Kenelog cream - apply
to Ⓡ shin BID X 30 day
② Change M status to
M2 as of today.

SIGNATURE:
NURSE: _____

ASSESSMENT:  ① Hypo Calciunia

P.E.: J Stock PA-c

PHYSICIAN: _____
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

Jefferson County Sheriffs Department



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

# 10717

| Date/Time | Inmate's Name: Brunsilius Wayne C | D.O.B.: 5 24 41 |
|-----------|-----------------------------------|-----------------|

6/18/2003   ① Hx Radiation Poisoning from Heavy Metal Poisoning
            Hypocalcium / Peritonitis — Subdermal Reap —
            Hx of Menigitis / Hypocalcium —

② Need Serum Calcium      Hx of Kidney failure —
   B/P 153/82  Pl68  T946  wt 179# -
   Cold NOC  ② Extra Blankets from Housing —
   Hypocalcemia      Legs Feet Orange blot
   No Evidence of Goiter   Hx of HTN ??? due Heavy Metal
      Poisoning —                        TSH
④ Hypocalcemia                Pd Serum Calcium / Mag. ph.
   Heavy metal (Arsenic)        BUN/Creat —
   Scoliosis / Kyphosis         Thyrofan 60mg —
                                Calcium Carbonate 500mg # BID
                                Lower Than Lower Bunk

CDE04145794

EQ111 (5/95)

Exhibit 55

Sec.1.Trans.2. (Rev. 11/94)

## COLORADO INTER-CORRECTIONAL MEDICAL SUMMARY TRANSFER REPORT

ME: _BRUNSILIUS, WAYNE_    DATE OF BIRTH: _5/24/41_ DATE: _9/30/03_

).C.#: _____ AKA: _____

ANSFERRED FROM: _JCSD_ ___ TO: _DOC_ _____

TE OF LAST EXAMINATIONS:    (1) NURSING    _9/23/03_
                            (2) PHYSICIAN  _____
                            (3) DENTAL     _____

SPITALIZATIONS:  YES____ NO _✓_ IF YES, DATE OF LAST: _____

LERGIES:    .YES____ NO _✓_ IF YES, EXPLAIN: _____

ECIAL DIET:  YES____NO _✓_ IF YES, EXPLAIN: _____

RRENT MEDICAL/PSYCIATRIC PROBLEMS:    YES____NO ____IF YES, EXPLAIN: _____

RONIC MEDICAL/PSYCHIATRIC PROBLEMS:    YES _✓_ NO ____ IF YES, EXPLAIN: _Low Back Pain_
_andidiasis_ _Hypothyroidism_ _Heavy metal Antiinfective causing ach_
_Scoliosis_ _Dermatitis_
RRENT MEDICATION:____ YES _✓_ NO ____ IF YES, COMPLETE THE FOLLOWING

| NAME OF DRUG | DOSAGE | FREQUENCY | |
|---|---|---|---|
| _Imodium_ | _2mg I_ | _Bid_ | _9/12/03 – 10/12/03_ |
| _Motrin_ | _800 mg_ | _PO Tid_ | _9/16/03 12/15/03_ |

OSS TESTING (COMPLETE THE FOLLOWING):

| TEST | DATE | RESULTS |
|---|---|---|
| V.D.R.L. | | |
| T.B. | | |
| TETANUS | | |
| OTHER | | |

OOPERATION WITH MEDICAL/PSYCHIATRIC CARE RATING:    POOR _____GOOD _✓_IF POOR, EXPLAIN:

_____

_____

FORM COMPLETED BY: _____

Signature,

*lift message / will call for appt*

**Davenport Analytical Laboratories, Inc.**
1330 River Bend Park, Suite 110
Dallas, Texas 75247
(214) 634-1953

federally approved

Jffrey Bland, Ph.D.
echnical Advisor

scar Rasmussen, Ph.D.
ssociate Technical Director

Charles Rudolph, Ph.D., D O
Associate Technical Director
William Whigham, Ph D
Laboratory Director

| | |
|---|---|
| PATIENT NAME | W BRUNSILIUS |
| CLIENT'S NAME | DR WM DOELL |
| CLIENT CODE | 2204 |
| LAB NO. | 40281 |
| DATE RECEIVED | 11/10/86 |
| DATE REPORTED | 11/11/86 |

## PATIENT DATA

| | | |
|---|---|---|
| AGE | 45 | SEX M |
| HEIGHT | 5 FT. 10 IN. | |
| WEIGHT | 170 LBS. | |

OCCUPATION: CONSTRUCTION
CITY: WHEAT RIDGE
STATE: COLORADO

FREQUENCY OF WASHING OR SHAMPOOING ___ PER WEEK

NATURAL HAIR COLOR: BROWN
SHAMPOO OR SOAP: NOT GIVEN
CONDITIONER (IF USED): NOT GIVEN

BLEACH (IF USED): DOES NOT USE
PERMANENT (IF USED): DOES NOT USE
DYE (IF USED): DOES NOT USE

PATIENT SWIMS FREQUENTLY IN SWIMMING POOL  _ YES  _ NO

CLINICALLY SIGNIFICANT CODES: DESIGNATION BASED ON DOCUMENTATION AVAILABLE IN THE LITERATURE
C.S.: Clinically Significant
S.C.S.: Suggested Clinical Significance
N.C.S.: Clinical Significance not well documented

REFERENCE RANGES: BLUE & WHITE AREAS ON GRAPH REPRESENT S.D. ABOUT THE MEAN. RED AREA REPRESENTS VALUES OUTSIDE S.D. ABOUT THE MEAN.

THIS LABORATORY REPORT IS CONSISTANT WITH ALL PROTOCAL ESTABLISHED BY

**ASETL**

AMERICAN SOCIETY OF ELEMENTAL TESTING LABORATORIES

REPRODUCTION: REPRODUCTION WITHIN THE LABORATORY IS ± 7% OR ± ONE SIGNIFICANT DIGIT (WHICHEVER THE GREATER) ON SAMPLES WITH IDENTICAL HOMOGENIETY.

DETECTION LIMIT: THE DETECTION LIMIT FOR EACH ELEMENT REPORTED IS EQUAL TO THE LOWEST SIGNIFICANT DIGIT PRESENTED OR IMPLIED IN THE REFERENCE RANGE FOR THE ELEMENT.

### ESSENTIAL TRACE ELEMENTS

| Calcium C.S. | Magnesium C.S. | Sodium C.S. | Potassium C.S. | Copper C.S. | Zinc C.S. | Phosphorus C.S. | Iron V.C.S. | Manganese V.C.S. | Chromium C.S. | Nickel | Selenium S.C.S. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1.2 | 3.2 | 1.3 | 1 | 10 | 12 | 1 | 5 | .03 | .02 | .04 |



### TOXICS

ALL RESULTS IN mg%

| Arsenic C.S. | Mercury C.S. | Cadmium C.S. | Lead C.S. | Aluminum V.C.S. |
|---|---|---|---|---|
| .01 | .05 | .04 | 1.5 | 7 |



---

☑ SAMPLE SIZE WAS ADEQUATE FOR ROUTINE ANALYSES

☐ SAMPLE SIZE WAS INADEQUATE FOR ROUTINE ANALYSES, BUT ACCEPTABLE FOR SPECIAL HANDLING 1.

☐ SAMPLE SIZE WAS INADEQUATE FOR LABORATORY ANALYSES 2.  ☐ ALL TESTS  ☐ TOXICS ONLY

1. DETECTION LIMITS HAVE BEEN ELEVATED BY A FACTOR OF 2, WITH SIMILAR ALTERATIONS TO SENSITIVITY AND PRECISION. THIS DATA SHOULD NOT BE MIXED WITH ROUTINE DATA FOR THE CALCULATION OF S.D., C.V. ETC.

2. LESS THAN ⅓ THE ANALYTICAL REQUIREMENT WAS RECEIVED.

NOTE: NORMALS & INTERPRETATION HAVE BEEN BASED ON NAPE OF NECK SAMPLES. INTERPRETATION ON OTHER TYPES OF SAMPLES MAY BE SOMEWHAT LESS SIGNIFICANT.

TYPE OF HAIR SAMPLE  ☑ NAPE OF NECK  ☒ PUBIC  ☐ AXILLARY  ☐ OTHER

DRINKING WATER CHARACTERISTICS IF KNOWN  _ PH  _ TOTAL HARDNESS  N/A ELEVATED TRACE ELEMENTS

TYPE OF PLUMBING IN RESIDENCE, IF KNOWN  ☐ COPPER  ☐ GALVANIZED PIPE  N/A OTHER

WE RECOMMEND DAVENPORT ANALYTICAL LABORATORIES' "STANDARD WATER PROFILE" IF NOT ALREADY PERFORMED

Exhibit 58

Colorado Dept. of Corrections
Wayne C. Brunsilius
Regis # 65458  LU 7
P.O. Box 0999
Canon City, Colorado 81215

June 15, 1993
Test Report No. LJ-0849
Page 1 of 1

10
5

**SAMPLES:**  Five samples were deliv.
(HCR) on 06/02/93.  The samples were labeled as:

1. 74
2. 75
3. 76
4. 77
5. 78

**ANALYSIS:** Identification of the material was requested.  Included
in the identification was Magnesium content by atomic
absorption (AA), Ion Chromatography (IC) for unknowns,
pH, hydroxide and carbonate/bicarbonate titration.

**RESULTS:**

| Sample | Analysis | | Observation | |
|--------|----------|--|-------------|--|
| 1. 74 | pH | | 7.5 | |
| 2. 75 | IC | Fluoride | 39,900 | ppm |
| | | Chloride | 550 | ppm |
| | | Nitrate | < 80 | ppm |
| | | Phosphate | 27,000 | ppm |
| | | Sulfate | 140 | ppm |
| | | Citrate | ND | |
| 3. 76 | | Hydroxide | ND | |
| | | Carbonate | 16 | ppm |
| | | bicarbonate | 28,600 | ppm |
| 4. 77 | AA, | Magnesium | 40,200 | ppm |

* Note the Mg value is equivalent to 24 mg/tablet.
  ppm = micrograms/gram (ug/g)
  ND = Not Detected

**CONCLUSION:**   No oxide or hydroxide species detected in samples.

**REPORT PREPARED BY:**                     **ANALYSIS PERFORMED BY:**



Senior Technician

DATE:        08/24/1994
PROJECT:  L4-0825
PAGE:        Page 2 of 2

Table I. Mass of sample used and final volume of
the digest (Hg)

| Sample ID | Sample Mass (g) | Digest Volume (mL) |
|-----------|-----------------|--------------------|
| Cotton Ball | 0.1207 | 25 |
| Bible I | 0.0986 | 25 |
| Bible II | 0.1167 | 25 |

Table III. Results

| Parameter | Method | Results ($\mu$g/g) | | |
|-----------|--------|--------|---------|----------|
| | | Cotton | Bible I | Bible II |
| Digestion | EPA 3050A | N/A | N/A | N/A |
| Cadmium | EPA 7131 | 0.203 | 0.303 | 0.199 |
| Lead | EPA 7421 | < 0.094 | 0.420 | 1.15 |
| Manganese | EPA 7461 | < 0.009 | 12.14 | 16.9 |
| Mercury | EPA 7471 | < 0.026 | 0.761 | < 0.027 |