UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAYNE BRUNSILIUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF ENERGY *et al.*,<br><br>　　　　Defendants. | Civil Action No. 06-2202 (RJL) |

FILED
JAN 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiff moves to proceed *in forma pauperis* on appeal. Upon consideration of the motion and accompanying financial information, it is this 15TH day of January 2008,

**ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* on appeal [Dkt. No. 32] is **GRANTED**. The Clerk shall transmit this order immediately to the appellate court.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　United States District Judge

