# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5362**                                **September Term 2007**

                                               06cv02202

**Filed On:** July 16, 2008

Wayne Brunsilius,

    Appellant

    v.

Department of Energy,

    Appellee

**BEFORE:**   Ginsburg, Randolph, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for appointment of counsel; the motion for summary affirmance; and the motion for summary reversal, the opposition thereto, and the reply, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). In reviewing an agency's decision to deny a fee waiver for a Freedom of Information Act ("FOIA") request, the court is limited to the record that existed before the agency. 5 U.S.C. § 552(a)(4)(A)(vii). Appellant did not adequately demonstrate his ability to disseminate the requested information to the general public in the record before the agency, and therefore, he was not entitled to a fee waiver. See Larson v. Central Intelligence Agency, 843 F.2d 1481, 1482-83 (D.C. Cir. 1988). Appellant's indigence and his private litigation interest are not valid bases for waiving fees under FOIA. See Ely v. United States Postal Service, 753 F.2d 163, 165 (D.C. Cir.), cert. denied, 471 U.S. 1106 (1985); McClain v. Department of Justice, 13 F.3d 220, 221 (7th Cir. 1993); McClellan Ecological Seepage Situation v. Carlucci, 835 F.2d 1282, 1287 (9th Cir. 1987).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5362**                          **September Term 2007**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**